UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.Y.M.T., a minor, by and through her guardian ad Litem, DEIBI ONTIVEROS, an individual and as successor in interest to Miguel Moreno Torrez, deceased; MARIA CARRILLO, an individual and successor in interest to decedent Miguel Moreno Torrez.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, THE FRESNO POLICE DEPARTMENT; and DEFENDANT OFFICERS DOES 1-10<br><br>Defendants. | Case No. 1: 15-cv-710---BAM<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR P.Y.M.T., A MINOR<br><br>(Document 6) |

The Court has considered the application of Deibi Ontiveros for appointment as Guardian Ad Litem for P.Y.M.T., her minor son, who is a Plaintiff in this action. L.R. 202(a). Upon consideration of the application and for good cause appearing, the motion is GRANTED.

IT IS HEREBY ORDERED that DEIBI ONTIVEROS is appointed as guardian ad litem for Plaintiff P.Y.M.T. in this action.

IT IS SO ORDERED.

Dated:   **May 12, 2015**              /s/ Barbara A. McAuliffe            
                                    UNITED STATES MAGISTRATE JUDGE

1