# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.Y.M.T., a minor, by and through her guardian ad litem DEIBI ONTIVEROS, an individual and as Successor in Interest to decedent, Miguel Moreno Torrez; MARIA CARRILLO, an individual and Successor in Interest to decedent, Miguel Moreno Torrez,,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, THE FRESNO POLICE DEPARTMENT; and DEFENDANT OFFICERS DOES 1-10;,<br><br>Defendants. | Case No. 1:15-CV-00710-JAM-BAM<br>[*Hon. John A. Mendez, District J.; Hon. Barbara A. McAuliffe, Magistrate J.*]<br><br>**ORDER RE: STIPULATION OF THE PARTIES AND JOINT REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT SCHEDULE**<br><br>Complaint Filed:  05/07/15<br>Trial Date:         10/24/16 |

PURSUANT TO THE STIPULATION of the parties, and Good Cause appearing therefore, and in furtherance if the interests of justice, the Court hereby GRANTS the Stipulation to Continue the Scheduling Order as follows:

| **Case Management Event** | **Current Date** | **Proposed Modified Date** |
|---|---|---|
| Expert Disclosures & Reports Due | May 6, 2016 | June 29, 2016 |

| Case Management Event | Current Date | Proposed Modified Date |
|---|---|---|
| Rebuttal/Supplemental Expert Disclosures and Report Deadline | May 20, 2016 | July 13, 2016 |
| Last Day to File Joint Mid-Litigation Statements: | May 20, 2016 | July 13, 2016 |
| All Discovery Cut-Off | June 3, 2016 | July 27, 2016 |
| Summary Judgment Motion Filing Deadline | July 12, 2016 | August 9, 2016 |
| Summary Judgment Motion Hearing Cut-Off | August 9, 2016 | September 6, 2016 @ 1:30 p.m. |
| Joint Pre-Trial Statement Due: | | **October 21, 2016** |
| Final Pre-Trial Conference | **September 16, 2016** | **October 28, 2016 @ 11:00 a.m.** |
| Trial (jury) Estimated Length: 4-6 days | **October 24, 2016** | **January 23, 2017 @ 9:00 a.m.** |

IT IS SO ORDERED:

Dated:   4/22/2016                              /s/ John A. Mendez
                                                **United States District Court Judge**