UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.Y.M.T., a minor, by and through her guardian ad litem DEIBI ONTIVEROS, an individual and as Successor in Interest to decedent, Miguel Moreno Torrez; MARIA CARRILLO, an individual and Successor in Interest to decedent, Miguel Moreno Torrez,, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, THE FRESNO POLICE DEPARTMENT; and DEFENDANT OFFICERS DOES 1-10;, <br><br> Defendants. | Case No. 1:15-cv-710-JAM-BAM <br> [Hon. John A. Mendez, District J.; Hon. Barbara A. McAuliffe, Magistrate J.] <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL DOCUMENT PREVIOUSLY FILED [DKT. NO. 38-2] <br><br> Complaint Filed: 05/07/15 <br> Trial Date:    01/23/17 |

Pending before this Court is Defendant's Application to Seal Document Previously filed [Dkt. No 38-2] whereby Defendant requests that the document filed as Exhibits L-V to the Declaration of Lucas E. Rowe (Dkt. No. 38) be sealed due to the defendant inadvertently failing to redact certain portions of said documents. The Court hereby grants the Defendant's application and orders that Document Number 38-2 to the Declaration of Lucas E. Rowe be Sealed.

IT IS SO ORDERED.

DATED: 7-19-2016

Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

1

| | |
|---|---|
| 1 | Respectfully submitted by: |
| 2 | Mildred K. O'Linn (State Bar No. 159055) |
|   | *mko@manningllp.com* |
| 3 | Courtney R. Arbucci (State Bar No. 266036) |
|   | *cya@manningllp.com* |
| 4 | Lucas E. Rowe (State Bar No. 298697) |
|   | *ler@manningllp.com* |
| 5 | **MANNING & KASS** |
|   | **ELLROD, RAMIREZ, TRESTER LLP** |
| 6 | 801 S. Figueroa St, 15th Floor |
|   | Los Angeles, California 90017-3012 |
| 7 | Telephone: (213) 624-6900 |
|   | Facsimile: (213) 624-6999 |
| 8 | |
|   | Attorneys for Defendant, |
| 9 | CITY OF FRESNO (erroneously |
| 10 | named as two parties: CITY OF |
|   | FRESNO and FRESNO POLICE |
| 11 | DEPARTMENT) |

2